AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Maryland ⬛

| | |
|---|---|
| Jason McNamara <br><br> _Plaintiff(s)_ <br><br> v. <br><br> Borealis Technical Limited, Borealis Holdings Limited, Chorus Motors PLC, WheelTug PLC, WheelTug Limited (An Oregon Corporation), WheelTug Works LLC, Isaiah Cox, Nechama Cox... <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:26-cv-01291 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   WheelTug Limited
c/o Isaiah W. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:      04/06/2026

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Maryland ▼

| | |
|---|---|
| Jason McNamara | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Borealis Technical Limited, Borealis Holdings Limited, Chorus Motors PLC, WheelTug PLC, WheelTug Limited (An Oregon Corporation), WheelTug Works LLC, Isaiah Cox, Nechama Cox... | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-01291

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WheelTug PLC
c/o Isaiah W. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Maryland  ▾

| | |
|---|---|
| Jason McNamara ) ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) ) | Civil Action No.  1:26-cv-01291 |
| Borealis Technical Limited, Borealis Holdings Limited, Chorus Motors PLC, WheelTug PLC, WheelTug Limited (An Oregon Corporation), WheelTug Works LLC, Isaiah Cox, Nechama Cox... ) ) ) ) ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chorus Motors PLC
c/o Isaiah W. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/06/2026



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Maryland  ▾

|  |  |
|---|---|
| Jason McNamara | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) |
| Borealis Technical Limited, Borealis Holdings Limited, Chorus Motors PLC, WheelTug PLC, WheelTug Limited (An Oregon Corporation), WheelTug Works LLC, Isaiah Cox, Nechama Cox... | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-01291

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Isaiah W. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Maryland ▾

| | |
|---|---|
| Jason McNamara | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) |
| Borealis Technical Limited, Borealis Holdings Limited, Chorus Motors PLC, WheelTug PLC, WheelTug Limited (An Oregon Corporation), WheelTug Works LLC, Isaiah Cox, Nechama Cox... | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-01291

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nechama J. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Maryland   ⊡

|  |  |
|---|---|
| Jason McNamara<br><br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Borealis Technical Limited, Borealis Holdings<br>Limited, Chorus Motors PLC, WheelTug PLC,<br>WheelTug Limited (An Oregon Corporation),<br>WheelTug Works LLC, Isaiah Cox, Nechama Cox...<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:26-cv-01291

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Borealis Holdings Limited
c/o Isaiah W. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   04/06/2026
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Maryland ▾

| | |
|---|---|
| Jason McNamara | ) )<br>) )<br>) )<br>) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )<br>) ) |
| Borealis Technical Limited, Borealis Holdings Limited, Chorus Motors PLC, WheelTug PLC, WheelTug Limited (An Oregon Corporation), WheelTug Works LLC, Isaiah Cox, Nechama Cox... | ) )<br>) )<br>) )<br>) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  1:26-cv-01291

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Borealis Technical Limited
c/o Isaiah W. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/06/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Maryland    ▾

| | |
|---|---|
| Jason McNamara | ) <br> ) <br> ) <br> ) <br> ) |
| _Plaintiff(s)_ | ) <br> ) |
| v. | ) <br> ) |
| Borealis Technical Limited, Borealis Holdings Limited, Chorus Motors PLC, WheelTug PLC, WheelTug Limited (An Oregon Corporation), WheelTug Works LLC, Isaiah Cox, Nechama Cox... | ) <br> ) <br> ) <br> ) <br> ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:26-cv-01291

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  WheelTug Works LLC
c/o Isaiah W. Cox
3505 Bancroft Road
Baltimore, Maryland 21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason McNamara
c/o Lee L. Kaplan
1001 Fannin Street, Suite 720
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  04/06/2026

_Signature of Clerk or Deputy_

